SEP 16 2026 PM1:31
FILED - USDC - FLMD - JAX

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:26-cr-214-WWB-LLL
18 U.S.C. § 922(o)(1)
(Possession of a Machinegun)
EMANI REY JUSTAVINO 18 U.S.C. § 922(j)
(Sale of a Stolen Firearm)

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Sale of a Stolen Firearm)

On or about August 5, 2026, in the Middle District of Florida, the defendant,

EMANI REY JUSTAVINO,

did knowingly possess and sell a stolen firearm, that is a Taurus 9mm pistol, which had been shipped and transported in foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

## COUNT TWO
## (Possession of a Machinegun)

On or about August 19, 2026, in the Middle District of Florida, the defendant,

EMANI REY JUSTAVINO,

did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), that is a machinegun conversion device.

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).

**FORFEITURE**

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

Foreperson

GREGORY KEHOE
United States Attorney

By: ELIZABETH BROWN
Assistant United States Attorney

By: RACHEL LASRY
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
9/15/26 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EMANI REY JUSTAVINO

INDICTMENT

Violations: 18 U.S.C. § 922(o)(1)
18 U.S.C. § 922(j)

A true bill,

Foreperson

Filed in open court this 16th day

of September, 2026.

Angela Laurcher
Clerk

Bail $__________

GPO 863 525